# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EDWARD WILSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02952-RDP-HGD |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On June 21, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the Recommendations made by the Magistrate Judge. On July 1, 2013, Petitioner filed objections to the Magistrate Judge's Report and Recommendation.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this \_\_\_\_10th\_\_\_\_\_ day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE